UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JULIO C. GARCIA, individually and on<br>behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALDI INC., ALDI INC. (CONNECTICUT),<br>and JOHN DOE COMPANIES,<br>1 through 40, inclusive,<br><br>Defendants. | Civil Action No. 1:17-cv-00047-JJM-PAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and

Defendants, by and through their respective counsel of record, hereby stipulate to the dismissal of

Plaintiff's Complaint, with prejudice, without fees or costs to any party, and with all rights of

appeal waived.

Respectfully submitted,

| Plaintiff, | Defendants, |
|---|---|
| By His Attorneys, | By Their Attorneys, |
| /s/ Michael D. Pushee | /s/ Michael E. Jusczyk |
| V. Edward Formisano (#5512) | Michael E. Jusczyk (#7791) |
| Michael D. Pushee (#6948) | Anthony S. Califano (admitted *pro hac vice*) |
| FORMISANO & COMPANY, P.C. | SEYFARTH SHAW LLP |
| 100 Midway Place, Suite 1 | Seaport East |
| Cranston, RI 02920-5707 | Two Seaport Lane, Suite 300 |
| Tel: (401) 944-9691 | Boston, MA 02210 |
| Fax: (401) 944-9695 | Tel: (617) 946-4800 |
| edf@formisanoandcompany.com | Fax: (617) 946-4801 |
| mpushee@formisanoandcompany.com | mjusczyk@seyfarth.com |
| | acalifano@seyfarth.com |

DATED: October 10, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, a true copy of the foregoing document was filed electronically through the Court's ECF system, which will deliver electronic notification to all individuals listed as registered participants, and hardcopies will be delivered to any counsel of record or unrepresented party not listed as a registered participant.

/s/ Michael D. Pushee